

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Kay Ira Watts,                                          * From the 195th District
                                                          Court of Dallas County,
                                                          Trial Court No. F-11-00552-N.

Vs. No. 11-13-00125-CR                    * October 23, 2014

The State of Texas,                             * Memorandum Opinion by Willson, J.
                                                          (Panel consists of: Wright, C.J.,
                                                          Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.